■ JOAN M. DOMIN, Individually and as Parent and Natural Guardian of CHRISTIAN KATHERINE DOMIN, an Infant, Appellant, v STARPOINT CENTRAL SCHOOL DISTRICT, Respondent. [932 NYS2d 414]—

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Carni, Lindley, Sconiers and Green, JJ.